People v Flores (2025 NY Slip Op 05195)

People v Flores

2025 NY Slip Op 05195

Decided on September 30, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 30, 2025

Before: Kern, J.P., Scarpulla, Kapnick, Gesmer, Hagler, JJ. 

Ind. No. 71282/22|Appeal No. 4779|Case No. 2024-00208|

[*1]The People of the State of New York, Respondent,
v
Alexis Flores, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Alma Gonzalez of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Andrew J. Loizides of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Alvin Yearwood, J.), rendered December 13, 2023, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him to a term of 22 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed on defendant at sentencing, and otherwise affirmed.
Defendant made a valid waiver of his right to appeal (see People v Thomas, 34 NY3d 545, 559-560, cert denied 589 US —, 140 S Ct 2634 [2020]), which forecloses review of his excessive sentence claim (see People v Ramirez, 226 AD3d 625 [1st Dept 2024], lv denied 42 NY3d 940 [2024]). In any event, we see no basis for reducing the sentence.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on the defendant at sentencing (see People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 30, 2025